Clarence JAGGERS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 74962.

Missouri Court of Appeals, Western District.

June 4, 2013.

Kent E. Gipson, for appellant.

Dora Fichter, for respondent.

Before Division Three: CYNTHIA L. MARTIN, Presiding Judge, JOSEPH M. ELLIS, Judge and GARY D. WITT, Judge.

## *ORDER*

PER CURIAM:

Appellant Clarence Jaggers appeals from the denial of his Rule 24.035 motion for post-conviction relief following an evidentiary hearing. After a thorough review of the record, we conclude that the judgment is based on findings of fact that are not clearly erroneous and that no error of law appears. An extended opinion would have no precedential value; however, a memorandum explaining our reasoning has been provided to the parties.

Judgment affirmed. **Rule 84.16.**